HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANET D. CONNER, | Case No: 4:13-cv-03324 KAW |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (45) days up through and including Tuesday, January 21, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before February 18, 2014.  This extension is necessitated by the number of cases (7) the firm presently has pending before this and other district courts that require briefing.

| | |
|---|---|
| 1 | MELINDA L. HAAG |
| | United States Attorney |
| 2 | |
| | *Authorization granted by* |
| 3 | *Heather M Moss* |
| 4  Dated: November 26, 2013 | /s/ |
| | ARMAND D. ROTH |
| 5 | Special Assistant U.S. Attorney |
| | Social Security Administration |
| 6 | |

Dated: November 26, 2013     /s/
HARVEY P. SACKETT
Attorney for Plaintiff
JANET D. CONNER

IT IS SO ORDERED.

Dated: 11/26/13     *[signature: Kandis Westmore]*
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER     2

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755