HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANET D. CONNER, | Case No:  4:13-cv-03324 KAW |
| Plaintiff, | |
| v. | STIPULATION AND  PROPOSED ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (45) days up through and including Tuesday, January 21, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before February 18, 2014.  This extension is necessitated by the number of cases (7) the firm presently has pending before this and other district courts that require briefing.

MELINDA L. HAAG
United States Attorney

*Authorization granted by*
*Heather M Moss*

Dated: November 26, 2013          */s/*
ARMAND D. ROTH
Special Assistant U.S. Attorney
Social Security Administration

Dated: November 26, 2013          */s/*
HARVEY P. SACKETT
Attorney for Plaintiff
JANET D. CONNER

IT IS SO ORDERED.

Dated: 11/26/13          _____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER   2