| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT AND ASSOCIATES** |
|   | A PROFESSIONAL LAW CORP. |
| 3 | 1055 Lincoln Avenue |
|   | Post Office Box 5025 |
| 4 | San Jose, California 95150-5025 |
| 5 | Telephone: (408) 295-7755 |
|   | Facsimile:  (408) 295-7444 |
| 6 | |
| 7 | Attorney for Plaintiff |
| 8 | /jgl |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JANET D. CONNER, | ) | Case No:  4:13-cv-03324 KAW |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
|  | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: Plaintiff shall have an extension of time of (14) days up through and including Monday, November 17, 2014 in which to e-file her reply to Defendant's Response to Plaintiff's Motion to Alter Judgment. This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: November 3, 2014 | /s/<br>HEATHER M. MOSS<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: November 3, 2014 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>JANET D. CONNER |

IT IS SO ORDERED.

Dated: 11/03/2014

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER   2