United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET D. CONNER,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>  Defendant. | Case No. 13-cv-03324-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 44 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiff's Motion for Attorney Fees was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☒ consists of a stack of loose paper;

☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒ has no tabs for the voluminous exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒ is not usable for another reason, i.e., does not include the header created by the ECF System on each page.

1
2      The paper used for the above-described chambers copy has been recycled by the court.
3   Plaintiff shall submit a chambers copy in a format that is usable by the court no later than July 27,
4   2016.
5      IT IS SO ORDERED.
6   Dated: 07/20/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge